JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. FARRENS, an individual, | ) Case No.: SA CV 14-407-KES |
| | ) Hon. Karen E. Scott |
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] ORDER APPROVING |
| v. | ) DISMISSAL OF ACTION |
| | ) |
| LLOYD J. AUSTIN, III, SECRETARY, DEPARTMENT OF DEFENSE, a governmental agency; and DOES 1 through 25, inclusive, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon reading the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that this action be dismissed in its entirety, with prejudice, with each party to bear their own Attorneys' fees and costs incurred herein.

Dated:   January 18, 2023        By: _/s/ Karen E. Scott_
                                     Karen E. Scott
                                     Magistrate Judge

1